FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 08, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WAYNE JONES and CINDY JONES, husband and wife,<br><br>    Plaintiffs,<br><br>    v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>    Defendant. | NO. 2:21-CV-00125-SAB<br><br>**ORDER ACCEPTING STIPULATION AND DISMISSING CASE** |

    Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 11. Plaintiffs are represented by Isaac Ruiz, Kathryn Knudsen, Thomas Webster, and William Smart. Defendant is represented by Jennifer Aragon and Matthew Adams.

    The parties request that the Court dismiss this action, including all claims, with prejudice and without an award of attorneys' fees or costs to any party. *Id.* at 1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court accepts the stipulation.

//
//
//
//
//

**ORDER ACCEPTING STIPULATION AND DISMISSING CASE** *1

Accordingly, it is **HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss, ECF No. 11, is **GRANTED**. The stipulation is accepted into the record.

2. All claims in the above-captioned suit are **DISMISSED** with prejudice and without an award of attorneys' fees or costs to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel and **close** the file.

**DATED** this 8th day of July 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER ACCEPTING STIPULATION AND DISMISSING CASE *2**